IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MATTHEW J. WHITE                                                                                PLAINTIFF

V.                             Case No. 4:24-CV-00122-BRW-BBM

CAROLYN COLVIN, Acting Commissioner,
Social Security Administration                                                                  DEFENDANT

## **ORDER**

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Benecia B. Moore. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the decision of the Commissioner is REVERSED, and this case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 3rd day of February 2025.

                                                                                    _____
                                                                                    BILLY ROY WILSON
                                                                                    UNITED STATES DISTRICT JUDGE